William D. Artus
629 L Street, Suite 104
Anchorage, Alaska   99501
Telephone: (907) 277-9918
Telefax: (907) 279-9918

Attorney for Kenneth W. Battley
Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re ) | |
| ) | |
| ALASKA FISHING ADVENTURE LLC, ) | Case No. 16-00327-GS |
| ) | Chapter 7 |
| Debtor. ) | |
| _____) | |

## MOTION FOR AUTHORIZATION TO SELL
## PROPERTY OF THE ESTATE

Kenneth Battley, the Chapter 7 trustee, by and through his attorney, William D. Artus, pursuant to 11 U.S.C. § 363(b)(1), requests the Court to authorize the sale of the sale of the following described property to Polar Services, LLC, an Alaska limited liability company, for $35,000:

   a. Note receivable owed by James Johnson that is payable to the bankruptcy estate;

   b. Four used fishing poles with TFO reels;

   c. Iridium Model 9555 satellite phone;

   d. Eighteen foot skiff with 40 h.p. Mercury jet motor and trailer;

   e. Two trades for vacation rentals, including any claim against Executive One Alaska for trade credits.

Polar Services, LLC is owned by Robert Giroux.  Robert Giroux is the father of Brad Giroux.  Brad Giroux owned a 60% membership

interest in the debtor when it filed its bankruptcy petition.  This motion is supported by the accompanying memorandum.

DATED at Anchorage, Alaska on June 20, 2017.

/s/ William D. Artus
William D. Artus
Attorney for Trustee

I certify that on June ___, 2017, a copy of this Motion for Authorization to Sell Property of the Estate was served on:

U. S. Trustee
Kenneth Battley, Trustee
Erik LeRoy, Attorney for Debtor
Cabot Christianson, Attorney for Peter Von Jess
Robert Crowther, Attorney for Brad Giroux

by electronic means through the ECF System as indicated on the Notice of Electronic Filing.

/s/ William D. Artus
William D. Artus